PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Franklin Humm                    Case Number: A02-0103-16 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:     January 8, 2005

Original Offense:              Possession/Distribution of Controlled Substance

Original Sentence:             Credit for time served on imprisonment, 4 years supervised release

Date Supervision Commenced: January 8, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall participate in the home confinement program during non-working hours for a 30 day consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system.

### CAUSE

On January 8, 2005, the defendant was sentenced to Credit for time served on imprisonment with 4 years supervised release. On this date, the defendant's supervised release commenced.

On January 9, 2005, conditions of supervised release were explained to the defendant.

On April 25, 2006, the defendant submitted a urine sample that tested negative; however, a clear plastic bottle containing urine was found which defendant admitted being his. The defendant admitted to using cocaine on or about April 22, 2006, and attempted to provide a negative urine sample by using another persons urine.

The defendant agrees to a modification of his supervised release to include participating in the home confinement program that includes electronic monitoring for a period of 30 days.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Franklin Humm*
*Case Number             :        A02-0103-16 CR (HRH)*

                                                    Respectfully submitted,

                                                    Chris Liedike
                                                    U.S. Probation/Pretrial Services Officer
                                                    Date:  April 28, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

                                                    **REDACTED SIGNATURE**

                                                  H. Russel Holland
                                                  Senior U.S. District Court Judge

                                                  Date: 4/29/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Franklin Humm**                                Docket No. A02-0103-16 CR (HRH)

  I, _Franklin Humm_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in the home confinement program during non-working hours for a 30 day consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant shall pay for the cost of electronic monitoring or other location verification system."

Signed: _[signature]_     Date: 4/27/06
    Franklin Humm
    Probationer or Supervised Releasee

Witness: _[signature]_     Date: 4/27/06
    Chris Liedike
    U.S. Probation/Pretrial Services Officer