PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Franklin Humm                     Case Number: A02-0103-16 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:   January 8, 2005

Original Offense:   Possession/Distribution of Controlled Substance

Original Sentence:   Credit for time served on imprisonment, 4 years supervised release

Date Supervision Commenced: January 8, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall be placed in a halfway house for a period of time not to exceed 60 days. The defendant will be permitted to leave the halfway house for employment, medical appointments, religious services, or as otherwise approved by the U.S. Probation Officer in accordance with the halfway house's policy. The defendant will be required to pay subsistence to the halfway house as required and will abide by their rules and regulations.

### CAUSE

On January 8, 2005, the defendant was sentenced to Credit for time served on imprisonment with 4 years supervised release. On this date, the defendant's supervised release commenced.

On January 9, 2005, conditions of supervised release were explained to the defendant.

On April 25, 2006, the defendant submitted a urine sample that tested negative; however, a clear plastic bottle containing urine was found which defendant admitted being his. The defendant admitted to using cocaine on or about April 22, 2006, and attempted to provide a negative urine sample by using another persons urine.

On May 31, 2006, this officer was contacted by the defendant's employer and informed that defendant had been fired from Sampson Steel Inc. on or about May 26, 2006, due to a positive urinalysis for cocaine. On June 1, 2006 and June 2, 2006, this officer contacted the defendant and discussed his

-1-

*Request for Modification of Conditions or Term*
*Name of Offender       :       Franklin Humm*
*Case Number            :       A02-0103-16 CR (HRH)*

employment, which the defendant failed to inform that he was no longer employed until finally being confronted about being fired from Sampson Steel Inc.

On June 1, 2006, the defendant submitted a urine sample that tested positive for cocaine, at which time the defendant admitted to this officer that he last used cocaine approximately two days prior and admitted using cocaine two to three times a week for the past two weeks. On June 2, 2006, the defendant admitted to this officer that he has used cocaine at his residence on a couple of occasions while participating in the home confinement program, that included electronic monitoring, due to a previous violation of his supervised release.

The defendant agrees to a modification of his supervised release to include being placed in a halfway house for a period of time not to exceed 60 days.

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: June 5, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

REDACTED SIGNATURE

H. Russel Holland       6/7/06
Senior U.S. District Court Judge

-2-

*Request for Modification of Conditions or Term*
*Name of Offender        :       Franklin Humm*
*Case Number             :       A02-0103-16 CR (HRH)*

                                                                  Date:

*Request for Modification of Conditions or Term*
*Name of Offender        :       Franklin Humm*
*Case Number             :       A02-0103-16 CR (HRH)*

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Franklin Humm                                Docket No. A02-0103-16 CR (HRH)

I, __Franklin Humm__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall be placed in a halfway house for a period of time not to exceed 60 days. The defendant will be permitted to leave the halfway house for employment, medical appointments, religious services, or as otherwise approved by the U.S. Probation Officer in accordance with the halfway house's policy. The defendant will be required to pay subsistence to the halfway house as required and will abide by their rules and regulations."

Signed: _____     Date: 6/2/06
Franklin Humm
Probationer or Supervised Releasee

Witness: __REDACTED SIGNATURE__           Date: 6/2/06
Chris Liedike
U.S. Probation/Pretrial Services Officer