UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )   CASE NO. 3:02-cr-00103-16-HRH-JDR
v.                        )
                          )   **RELEASE ORDER**
FRANKLIN HUMM,            )
                          )
        Defendant.        )
_____)

TO:   UNITED STATES MARSHAL

   Defendant, Franklin Humm, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| __XXX__ | Released to <u>U.S. Probation Officer for Transport to Cordova Center</u>; |
| __ | Paid cash bail in the amount of   to the Clerk of Court; |
| __ | Posted unsecured bond in the amount of ; |
| __ | Posted bond secured by property or surety in the amount of   with the Clerk of Court; |
| __ | Surrendered passport to the Clerk of Court; |
| __ | Other. |

   Dated at Anchorage, Alaska, this 17th day of October, 2006.

                              IDA ROMACK, Clerk of Court

                              **REDACTED SIGNATURE**
                              _____
                              Elisa Singleton
                              Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}