MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __FRANKLIN HUMM__  CASE NO. __3:02-CR-00103-16-HRH__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE   __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:   __SUZANNETTE LUCERO / ROBIN CARTER__

UNITED STATES ATTORNEY:   __THOMAS BRADLEY__

DEFENDANT'S ATTORNEY:   __MICHAEL DIENI__

U.S.P.O.:   __CHRIS LIEDIKE__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE HELD 10/16/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:30 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit filed.
   _X_ Federal Public Defender accepted appointment.
      ( _X_ FPD notified.)

_X_ Continued Initial Appearance on Petition to Revoke Supervised Release set for __October 18, 2006 at 3:00 p.m.__

_X_ Defendant's detention continued.

_X_ Order Setting Conditions of Release **FILED.**

_X_ OTHER: __Court and counsel heard re possible FPD conflict.__

At 3:08 p.m. court adjourned.

DATE: __October 16, 2006__   DEPUTY CLERK'S INITIALS: __SCL__