MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs_____FRANKLIN HUMM_____ CASE NO. 3:02-CR-00103-16-HRH
Defendant: X Present  X On Bond

BEFORE THE HONORABLE _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES ATTORNEY: ____THOMAS BRADLEY_____

DEFENDANT'S ATTORNEY: ____MICHAEL DIENI_____

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD 10/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:04 p.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name:_____FRANKLIN ROBERT HUMM_____

 X Defendant **ADMITTED** allegations_1 and 2 of the Petition to_____
    Revoke Supervised Release._____

 X Matter to be referred to U.S. District Judge for:
    __ Evidentiary Hearing   X Final Disposition Hearing

 X OTHER:_Court and counsel heard re additional conditions for_____
    defendant to participate in mental health assessment as_____
    directed by pretrial services.  USMJ requests that Disposition
    Hearing be set no sooner than 30 days._____

At 3:13 p.m. court adjourned.

_____

DATE: October 18, 2006   DEPUTY CLERK'S INITIALS: _____SCL_____

05/00