# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
OCT 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02-0103-16 CR (HRH) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Franklin Humm ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Franklin Humm and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

10/13/06
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

U.S. Probation
Anchorage AK

| Date Received: 10/13/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 10/15/06 | MARC OTTE CDUSM | [signature] |