Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANKLIN HUMM,<br><br>               Defendant. | Case No. 3:02-cr-0103-HRH<br><br>UNOPPOSED MOTION TO MODIFY BAIL RELEASE CONDITIONS |

       Defendant, Franklin Humm, by and through counsel Michael Dieni, Assistant Federal Defender, requests that Mr. Humm's conditions of release be modified to allow more liberty while he resides at the halfway house.

       This motion is unopposed by Assistant United States Attorney Tom Bradley.

       In particular, Mr. Humm requests that his release at the halfway house be modified to include the opportunity to:

          1.     Seek and maintain employment;

          2.     Attend Narcotics Anonymous meetings;

          3.     Attend church; and

      4.      Go to mental health counseling (outpatient).

It is anticipated that Mr. Humm's success in these activities will largely dictate the outcome of his disposition hearing now set before Judge Holland on November 22, 2006. The government does not anticipate agreeing to a proposal along these lines again, and that any failure on Mr. Humm's part to succeed under the terms set forth in this proposed bail modification would result in a recommendation for a lengthy period of incarceration.

DATED this 1st day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on November 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Thomas Bradley, Esq.

/s/ Michael D. Dieni