UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>FRANKLIN HUMM,<br><br>            Defendant. | Case No. 3:02-cr-0103-HRH<br><br>PROPOSED<br>ORDER MODIFYING BAIL<br>RELEASE |

After due consideration of defendant's Unopposed Motion to Modify Bail Release Conditions, the court GRANTS the motion. It is hereby ordered that the conditions of Mr. Humm's residency at the Cordova Center are modified to allow Mr. humm to seek and maintain employment, attend Narcotics Anonymous meetings, attend church, and attend outpatient mental health counseling.

DATED this _____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge