```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. FRANKLIN HUMM              CASE NO. 3:02-cr-00103-16-HRH
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        JAMES BARKELEY FOR THOMAS BRADLEY

DEFENDANT'S ATTORNEY:           MICHAEL DIENI

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD NOVEMBER 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

 X FINAL DISPOSITION HEARING:

   X Supervised Release continued under the same terms and
     conditions and the added special conditions: 1. The
     defendant shall participate in and fully cooperate with
     either or both inpatient or outpatient mental health
     treatment programs approved and ordered by the U.S.
     Probation Officer. 2. The defendant shall reside in a
     Community Correctional Center for a term of up to 120
     consecutive days commencing November 22, 2006. The
     defendant shall comply with the rules and regulations of
     the center and may have available work release privileges
     from the center. Once the defendant has secured viable
     employment and established a suitable and verified
     residence the U.S. Probation Officer has leave to effect
     the defendant's release from the Community Correctional
     Center.

At 9:12 a.m. court adjourned.



DATE:    November 22, 2006      DEPUTY CLERK'S INITIALS:    ak
```