UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>FRANKLIN HUMM | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed  01/09/04 )<br>Case Number:  3:02-cr-00103-16-HRH <br>Michael Dieni<br>Defendant's Attorney |

Defendant's probation officer filed a petition on  10/13/2006  accusing defendant of  2  violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1 and 2 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Valid Urine Sample | 10/13/06 | C |
| 2 | Standard | Positive Urine Sample | 10/13/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  2  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 22, 2006
Date of Disposition

REDACTED SIGNATURE
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

Date 11/27/06

AO245.REV

Defendant: FRANKLIN HUMM                    Amended Judgment--Page 2 of 2
Case No.:   3:02-cr-00103-16-HRH

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1.  The defendant shall participate in and fully cooperate with either or both inpatient or outpatient mental health treatment programs approved and ordered by the U.S. Probation Officer.

2.  The defendant shall reside in a Community Correctional Center for a term of up to 120 consecutive days commencing November 22, 2006. The defendant shall comply with the rules and regulations of the center and may have available work release privileges from the center. Once the defendant has secured viable employment and established a suitable and verified residence the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center.

The term of supervision is not [X] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV