RECEIVED
DEC 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
## for the
## DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:02-cr-00103-16-HRH |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Franklin Humm ) | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Franklin Humm and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

12/11/06
Date

| **RETURN OF SERVICE** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| Anchorage AK |

| Date Received: 12/11/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/11/2006 | DUSM DAVID LONG | SDUSM |