MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs___FRANKLIN HUMM_____CASE NO. 3:02-CR-00103-16-HRH
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            SUZANNETTE LUCERO

UNITED STATES ATTORNEY:           THOMAS BRADLEY

DEFENDANT'S ATTORNEY:             MIKE DIENI - APPOINTED

U.S.P.O.:                         CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 12/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:37 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant; waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: ROBERT ROBERT HUMM

_X_ Financial Affidavit **FILED**; Federal Public Defender accepted
    appointment; FPD notified.

_X_ Defendant **DENIED** allegations  1, 2, 3, 4 of the Petition to
    Revoke Supervised Release.

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Evidentiary Hearing set at   **1/03/07 at 10:00 a.m.**

_X_ Defendant detained; Order of Detention Pending Trial **FILED**.

_X_ OTHER: Court and counsel heard re defense counsel's oral
    motion to release the defendant on a unsecured bond; **DENIED**.

At 2:53 p.m. court adjourned.


DATE: December 12, 2006    DEPUTY CLERK'S INITIALS:      SCL

05/00