MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___FRANKLIN HUMM___ CASE NO. 3:02-CR-00103-16-HRH
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     THOMAS BRADLEY

DEFENDANT'S ATTORNEY:        MIKE DIENI

U.S.P.O.:                    CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 01/03/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

_X_ Defendant sworn and stated name: same as above.

_X_ Defendant **ADMITTED** allegations 1, 2, 3 and 4 of the Petition
to Revoke Supervised Release.

_X_ Matter to be referred to U.S. District Judge for Final
Disposition Hearing.

_X_ Defendant's detention continued.

At 10:16 a.m. court adjourned.

DATE:    January 3, 2007    DEPUTY CLERK'S INITIALS:    Ce