**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  FRANKLIN HUMM (D-16)  </u>

THE HONORABLE H. RUSSEL HOLLAND   CASE NO.<u>3:02-cr-00103-16-HRH</u>

<u>Deputy Clerk</u>                  <u>Official Recorder</u>

<u>  Linda Christensen  </u>

APPEARANCES:   for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:  **ORDER FROM CHAMBERS**

A Final Disposition Hearing Re Petition for Revocation of Supervised Release is hereby scheduled for **Thursday, January 25, 2007 at 9:00 a.m.** in Courtroom 1, Anchorage, Alaska before U.S. District Judge H. Russel Holland.

                                   ENTERED AT JUDGE'S DIRECTION
DATE:<u>  January 5, 2007  </u>             INITIALS:<u>  lc  </u>
                                         Deputy Clerk

[FORMS*IA*]