```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. FRANKLIN HUMM                CASE NO. 3:02-cr-00103-16-HRH
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       THOMAS BRADLEY

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: STATUS HEARING (FINAL DISPOSITION HEARING ON
             PETITION TO REVOKE SUPERVISED RELEASE)
             HELD JANUARY 25, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:02 a.m. court convened.

Court and counsel heard re disposition report.

Court and counsel heard re defendant's oral motion to continue hearing; **GRANTED.** Continued Final Disposition Hearing on Petition to Revoke Supervised Release set for **January 26, 2007 at 2:00 p.m.**

Defendant's detention continued.

At 9:07 a.m. court adjourned.

DATE:     January 25, 2007      DEPUTY CLERK'S INITIALS:    ak