Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANKLIN HUMM,<br><br>　　　　　Defendant. | Case No. 3:02-cr-0103-HRH<br><br>ERRATA TO DEFENDANT'S PREDISPOSITION BRIEF |

　　　　　Defendant, Franklin Humm, by and through counsel Michael Dieni, Assistant Federal Defender, files this errata to correct the statement on page 2 of Defendant's Predisposition Brief, filed January 23, 2007, at Docket No. 1292.

　　　　　At page two of the brief, it is stated that, "[I]n 2006, *more than a year later*, Mr. Humm demonstrated substance abuse problems." This statement should read, ". . . more than two years later, . . . ." Mr. Humm began supervision on January 8, 2004, and had completed more than half of his four-year period of supervision when the drug abuse problems first surfaced.

DATED this 26th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Thomas Bradley, Esq.

/s/ Michael D. Dieni