IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VICENTE ZAPATA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | No. 3:02-cr-0103-HRH |
| ) | |
| This Order pertains to: ) | |
| ) | |
| FRANKLIN HUMM,     [D-16] ) | |
| _____) | |

<u>O R D E R</u>

<u>Motion to Modify</u>

Defendant Humm's unopposed motion to modify bail release conditions,[1] filed November 1, 2006, is denied as moot.

DATED at Anchorage, Alaska, this <u>5th</u> day of February, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 1249.

- 1 -