PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska


RECEIVED
MAY 1 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Request for Modification of Conditions or Term of Supervised Release**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Franklin Humm                    Case Number: A02-0103-16 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:     January 8, 2005

Original Offense:              Possession/Distribution of Controlled Substance

Original Sentence:             Credit for time served on imprisonment, 4 years supervised release

Date Supervision Commenced: January 8, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall reside in a Community Correctional Center for a term of up to 120 consecutive days. The defendant shall comply with the rules and regulations of the center and may have available work release privileges from the center. Once the defendant has secured viable employment and established a suitable and verified residence, the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center

## CAUSE

On January 26, 2007, the defendant was sentenced for violating conditions of his supervised release and sentenced to five months imprisonment with 43 months of supervised release re-imposed. The Court also ordered that the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment and the court's amended judgment shall remain in effect.

On May 4, 2007, the defendant was released from the custody of the Bureau of Prisons and began residing with an acquaintance.

On May 7, 2007, this officer met with the defendant and reviewed all the conditions contained in each judgment. The defendant was to be placed in a Community Correctional Center for a term of up to 120 days, however, in the first amended judgment, this condition has the defendant's commencement in such a center beginning on November 22, 2006. Therefore, this officer prepared a Waiver of Hearing to Modify Conditions of Probation/Supervised Release modifying this conditions to exclude the date November 22, 2006.

*Request for Modification of Conditions or Term*
Name of Offender        :        *Franklin Humm*
Case Number             :        *A02-0103-16 CR (HRH)*

The defendant agrees to this modification of his supervised release.

Respectfully submitted,

Redacted Signature
_____

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: May 8, 2007

Approved by:

**REDACTED SIGNATURE**
_____
Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

_____

REDACTED SIGNATURE
_____
H. Russel Holland
Senior U.S. District Court Judge

Date: 5/9/07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Franklin Humm                                Docket No. A02-0103-16 CR (HRH)

    I, _Franklin Humm_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall reside in a Community Correctional Center for a term of up to 120 consecutive days. The defendant shall comply with the rules and regulations of the center and may have available work release privileges from the center. Once the defendant has secured viable employment and established a suitable and verified residence, the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center."

Signed: _[signature]_                                Date: 5/8/07
        Franklin Humm
        Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**                      Date: 5/8/07
        Chris Liedike
        U.S. Probation/Pretrial Services Officer