RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2007 SEP 17 AM 11: 42

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02-0103-16 CR (HRH) |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Franklin Humm ) | |

TO: The United States Marshal
and any Authorized United States Officer

RECEIVED
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

YOU ARE HEREBY COMMANDED to arrest Franklin Humm and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with seven violations of his term of supervised release.

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date 9/13/07

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: 9/17/07 | Name and title of arresting officer: | Signature of arresting officer: |
| Date of Arrest: 9/17/07 | USMS JOHN OLSON / DAVID LONG | R. Sny[...] |