MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. FRANKLIN HUMM   CASE NO. 3:02-CR-000103-16-HRH
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SAMANTHA LARK

UNITED STATES' ATTORNEY: CRANDON RANDELL

DEFENDANT'S ATTORNEY: MICHAEL D. DIENI, APPOINTED

U.S.P.O.: TIM ASTLE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE HELD 09/18/2007:

------------------------------------------------

At 1:34 p.m. court convened.

X Copy of Petition to Revoke Supervised Release/Probation given to defendant: waived reading.

X Defendant sworn.

X Defendant stated true name: same as above

X Defendant advised of general rights.

X Financial Affidavit **FILED**. Federal Public Defender accepted appointment; FPD notified.

X Defendant **DENIED** allegations 1,2,3,4,5,6,7 of the Petition to Revoke Supervised Release.

X Consent to Proceed before U.S. Magistrate Judge **FILED**.

X Evidentiary hearing set for **October 11, 2007 at 9:30 a.m.**

X Defendant's detention continued.

X Order of Detention Pending Trial **FILED.**

At 1:51 p.m. court adjourned.

DATE: September 18, 2007   DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07