Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANKLIN HUMM,<br><br>               Defendant. | Case No. 3:02-cr-0103-HRH<br><br>MOTION TO VACATE ADJUDICATION BEFORE MAGISTRATE JUDGE AND RESET FOR ADJUDICATION/ DISPOSITION BEFORE DISTRICT COURT |

Defendant, Franklin Humm, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice that Mr. Humm and the government through Assistant United States Attorney Tom Bradley, and Probation Officer Tim Astle, have reached an agreement regarding the pending petition to revoke supervised release.  Mr. Humm will admit to allegations 1, 6, and 7, and the government will dismiss the remainder.

For disposition, the parties, including Probation, agree that Mr. Humm's supervision will be revoked and the court should impose eight months of incarceration with no supervision to follow.

Given the above agreement, Mr. Humm requests an order vacating the adjudication now set for October 11, 2007, before the magistrate judge, and set the matter for a combined adjudication/disposition before the district court.

This motion is non-opposed by Assistant United States Attorney Tom Bradley.

DATED this 4th day of October, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Thomas Bradley, Esq.

/s/ Michael D. Dieni