UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRANKLIN HUMM,<br><br>                    Defendant. | Case No. 3:02-cr-0103-HRH<br><br>PROPOSED<br>ORDER RESCHEDULING<br>ADJUDICATION/DISPOSITION |

After due consideration of defendant's Motion to Vacate Adjudication Before Magistrate Judge and Reset for Adjudication/Disposition Before District Court, the court GRANTS the motion. The adjudication/disposition currently scheduled for October 11, 2007, before the magistrate judge, is rescheduled for _____, 2007, at _____ a.m./p.m. before The Honorable _____.

DATED this ____ day of _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge