```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  __FRANKLIN HUMM__       CASE NO. __3:02-CR-00103-16-HRH__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:         H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      THOMAS BRADLEY

DEFENDANT'S ATTORNEY:         MARY GEDDES

U.S.P.O.:                     TIM ASTLE

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 1325)(DISPOSITION HEARING)
             HELD 10/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:44 a.m. court convened.

_X_ Defendant **ADMITTED** allegations __1, 6, 7 of Petition to Revoke Supervised Release (Dkt 1325).__

_X_ FINAL DISPOSITION HEARING:

   _X_ Supervised Release revoked.

   _X_ Defendant imprisoned for a period of __8 months with no supervision to follow.__

_X_ Upon the motion of the U.S. Attorney, allegations __2-5 of the Petition to Revoke Supervised Release (Dkt 1325)__ **DISMISSED**.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: __Court and counsel heard re disposition report; Court amends paragraphs 6 and 7 to refer to September 7, 2007 instead of September 9, 2007. Court STRONGLY recommended that the defendant serve his time at the facility located at SeaTac, Washington.__

At 8:55 a.m. court adjourned.

DATE:      October 18, 2007      DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07