

RECEIVED

OCT 1 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
## District of Alaska

UNITED STATES OF AMERICA,

vs.

FRANKLIN HUMM.

**3rd AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed <u>1/08/2005</u>)
Case Number: <u>3:02-CR-00103-16-HRH</u>
<u>Mary Geddes</u>
Defendant's Attorney

Defendant's probation officer filed a petition on <u>9/14/2007</u> accusing
defendant of <u>7</u> violations of the conditions of supervision provided in
the original judgment. Defendant <u>ADMITTED allegations 1, 6, 7 of the</u>
<u>Petition to Revoke Supervised Release</u>. All necessary hearings have been
conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Failed To Report For A Drug Test | 6/29/2007 | C |
| 6 | Mandatory | Used A Controlled Substance | 9/07/2007 | C |
| 7 | Mandatory | Used A Controlled Substance | 9/07/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the
court's original judgment are subject to revocation pursuant to 18 U.S.C.
§ 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u>
of this amended judgment. The sentence is imposed pursuant to the
Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States
Attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special
assessments imposed by this judgment are fully paid.

<u>OCTOBER 18, 2007</u>
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
<u>H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

**10/18/07**
Date

AO245.REV

Defendant: FRANKLIN HUMM                    3 RDAmended Judgment--Page 2 of 3
Case No.:  3:02-CR-00103-16-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby
committed to the custody of the United States Bureau of Prisons to be
imprisoned for a term of __8 months with no supervision to follow__.


[X]  The court makes the following recommendations to the Bureau of
     Prisons:
     Court STRONGLY recommends that the defendant serve his time at the
     facility located at SeaTac, Washington.

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this
     district,
                      a.m.
          [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                              _____
                                  United States Marshal

                              By _____
                                       Deputy Marshal

Defendant: FRANKLIN HUMM                    3RD Amended Judgment--Page 3 of 3
Case No.:  3:02-CR-00103-16-HRH

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is revoked.


No term supervision to follow.



Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV